JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAMONT EDWARD HORTON,

     Petitioner,

     v.

E. LUNDY,

     Respondent.

No. CV 25-9843-MWC(E)

JUDGMENT

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is denied and dismissed without prejudice.

     DATED:  FEBRUARY 23, 2026.

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE